**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In RE:

LISA A. HOOD,                                      Case No.: 3:10-bk-06999-JAF
                                                               Chapter 7

      Debtor.
_____/

## MOTION FOR ORDER CONVERTING CH 7 CASE TO CH 13

Lisa A. Hood, debtor herein, moves the Honorable Court for an order converting this case from a case under chapter 7 to a case under chapter 13 of the Bankruptcy Code, and would show the court the followsing:

1. On August 11, 2010, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code and the case has not been converted under section 1112, 1307, or 1208 of the Code.

2. Debtor is eligible to be a debtor under chapter 13 of the Bankruptcy Code in that debtor is an individual with regular income as that term is defined in section 101 of the Code.

3. The debtor intends to file a chapter 13 plan within such time as provided by the Rules.

WHEREFORE, debtor prays for an order converting this case from a case under chapter 7 to a case under chaper 13.

Dated August 31, 2010

I HEREBY CERTIFY that a on this 31th day of August, 2010 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the Office of the US Trustee and all parties who have appeared and consented to such service.

                                                  /s/ Undine C. Pawlowski
                                                  UNDINE C. PAWLOWSKI, ESQUIRE
                                                  ANASTASIA LAW PARTNERS, P.L.
                                                  4075 A1A S., 200D

St. Augustine, FL 32080
Tel: (904) 687-1492
Fax: (954) 379-4455
FL Bar #16872