[3200] [Notice of Conversion to Chapter 13, Setting 341 Mtg, Appt of Trustee, Establish Bar Dates]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10–bk–06999–JAF
Chapter 13

Lisa Ann Hood
aka Lisa A. Stewart
aka Lisa A. Van Ormer

_____Debtor(s)_____/

### NOTICE OF CONVERSION OF CASE TO CHAPTER 13, SETTING 341 MEETING, APPOINTMENT OF TRUSTEE AND ESTABLISHING BAR DATES

   Debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code on August 11, 2010 . Debtor(s) have now moved pursuant to 11 U.S.C., §706(a) to convert to Chapter 13 of the Bankruptcy Code, and this case is now converted pursuant to Fed. R. Bank. P. 1017(d).

   NOTICE is given of the following:

   1. This case is converted to Chapter 13 of the Bankruptcy Code and administration will commence in that Chapter.

   2. The U.S. Trustee has appointed as the standing trustee, Douglas W. Neway, whose address is PO Box 4308, Jacksonville, FL 32201.

   3. An additional meeting of creditors pursuant to 11 U.S.C. §341 shall be held on October 18, 2010 at 08:00 AM, 300 North Hogan Street Suite 1–200, Jacksonville, Florida 32202.

   4. Any creditor who has filed a proof of claim in the Chapter 7 case is not required to file a proof of claim in the converted Chapter 13 case. All other creditors must file a proof of claim on or before January 18, 2011.

   5. That the Debtor(s) shall file within fourteen (14) days from the entry of this Notice separate schedules listing unpaid obligations incurred after the filing of the petition under Chapter 7, and if the debtor is engaged in business a statement of financial affairs pursuant to Federal Rule of Bankruptcy Procedure 1007. Pursuant to Fed. R. Bank. P. 3015 the Debtor(s) shall also file a Plan within fourteen (14) days.

   6. The debtor(s) shall serve a copy of the Statement of Social Security Number(s) (Form B21 Official Form 21) on the newly appointed trustee within seven(7) days of the entry of this notice.

   Dated September 2, 2010 .

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3–350
Jacksonville, FL 32202

   Copies furnished to:
   All Interested Parties